# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KENDRICK DEMOND GRAY, | : |
| Petitioner, | : |
| vs. | :    CA 09-0668-CG-C |
| MOBILE COUNTY METRO JAIL, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 8, 2009 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE