# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **KENDRICK DEMOND GRAY,** | : | |
| Petitioner, | : | |
| vs. | : | CA 09-0668-CG-C |
| **MOBILE COUNTY METRO JAIL,** | : | |
| | : | |
| Respondent. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's order dated October 20, 2009.

**DONE and ORDERED** this 6th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE